**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Oliver W. Wanger, #40331
 owanger@wjhattorneys.com
Patrick D. Toole, #190118
 ptoole@wjhattorneys.com
Christopher A. Lisieski, #321862
 clisieski@wjhattorneys.com

Attorneys for Defendant GAMER ADVANTAGE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MAHMOOD DAWOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAMER ADVANTAGE LLC,<br><br>Defendant. | Case No. 2:22-cv-00562-WBS-KJN<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT GAMER ADVANTAGE LLC'S DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT** |

WHEREAS Plaintiffs filed the Complaint in this matter on March 28, 2022 (Doc. No. 1);

WHEREAS the current deadline for Defendant, Gamer Advantage LLC ("Defendant" or "Gamer") to respond to the Complaint is April 28, 2022;

WHEREAS the Parties have stipulated to extend Defendant Gamer's deadline to respond to the Complaint to June 1, 2022;

///

///

THEREFORE the Parties respectfully request that Gamer's deadline to respond to the Complaint be extended from April 28, 2022 to June 1, 2022.

Dated: May 9, 2022                           WANGER JONES HELSLEY PC

By:      */s/ Oliver W. Wanger*
         Oliver W. Wanger, Patrick D. Toole and
         Christopher A. Lisieski
         Attorneys for Defendant GAMER
         ADVANTAGE LLC

Dated: May 9, 2022                           BURSOR & FISHER, P.A.

By:      */s/ Sean Litteral*
         Sean Litteral
         Attorneys for Plaintiff, MAHMOOD
         DAWOOD, etc.

## ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ordered that Defendant Gamer Advantage LLC's response to the Complaint in this matter shall be due on or before June 1, 2022.

SO ORDERED.

Dated: May 10, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE