**WANGER JONES HELSLEY PC**
Oliver W. Wanger, SBN 40331
Patrick D. Toole, SBN 190118
Lawrence M. Artenian, SBN 103367
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330
owanger@wjhattorneys.com
ptoole@wjhattorneys.com
lartenian@wjhattorneys.com

Attorneys for Defendant GAMER ADVANTAGE LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD DAWOOD, on behalf of himself and all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>GAMER ADVANTAGE LLC<br><br>Defendant(s). | Case No. 2:22-cv-00562 WBS KJN<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, Mahmood Dawood ("Dawood"), and Defendant, Gamer Advantage ("Gamer") pursuant to Federal Rules of Civil Procedure Rule 12(4)(A) that:

1. On March 28, 2022 the Complaint was filed in this matter.

2. On June 1, 2022, Gamer filed its Motion to Dismiss.

3. On August 4, 2022, the Court issued its Memorandum and Order re: Defendant's Motion to Dismiss.

4. Gamer's last day to file an answer to the Complaint is August 18, 2022.

5. Gamer has requested, and Dawood has agreed, to extend the time to file the answer by two weeks, to September 1, 2022.

Therefore this Stipulation and Proposed Order is submitted to the Court for review and approval.

Dated: August 18, 2022                         WANGER JONES HELSLEY PC

By: /S/ *Lawrence M. Artenian*_____
    Lawrence M. Artenian
    Attorneys for Defendant GAMER ADVANTAGE LLC

Dated: August 18, 2022                         BURSOR & FISHER, P.A.

By: /S/ *Sean L. Litteral*_____
    Sean L. Litteral, Esq.
    Attorneys for Plaintiff, MAHMOOD DAWOOD

## ORDER

Based on the Stipulation of the parties and for good cause appearing, it is hereby ordered that Defendant Gamer Advantage LLC's response to the Complaint in this matter shall be due on or before September 1, 2022.

IT IS SO ORDERED.

Dated:  August 18, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE