**BURSOR & FISHER, P.A.**
Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  slitteral@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn (*pro hac vice* forthcoming)
Alec M. Leslie (*pro hac vice* forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  jarisohn@bursor.com
          aleslie@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD DAWOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAMER ADVANTAGE LLC,<br><br>Defendant. | Case No. 2:22-cv-00562-WBS-KJN<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

**ORDER OF DISMISSAL**

Having considered the Parties' Stipulation of Dismissal and the entire record herein, it is ORDERED that this action is hereby DISMISSED WITH PREJUDICE as to all claims asserted individually by Plaintiff Mahmood Dawood, and WITHOUT PREJUDICE as to any claims of any absent or unnamed members of the putative class.  Each side is to be responsible for and bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated:  December 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE