## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MAHMOOD DAWOOD,**

CASE NO: **2:22–CV–00562–WBS–KJN**

v.

**GAMER ADVANTAGE LLC,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/8/22**

**Keith Holland**
Clerk of Court

ENTERED: **December 8, 2022**

by: /s/ V. Licea Chavez
Deputy Clerk